# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HERBERT FRANKLIN

NO. 2025 KW 0464

**JULY 14, 2025**

---

In Re:     Herbert Franklin, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No. 13-
           FELY-672296.

---

BEFORE:   **HESTER, EDWARDS, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                              CHH
                              KEB

       **Edwards, J.,** concurs. Relator's claim in the motion to correct
an illegal sentence does not relate to the legality of his sentence
itself under the applicable statutes; and, thus, the issue may not
be raised in a motion to correct an illegal sentence. See **State
v. Parker,** 98-0256 (La. 5/8/98), 711 So.2d 694, 695 (*per curiam*);
**State v. Gedric,** 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d
849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751
So.2d 239.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT